IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brothers, Darcel | Case Number: 06 B 16370 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/11/08 | Filed: 12/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 30, 2008
Confirmed: February 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,925.00 | |
| Secured: | | 8,163.61 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 561.39 |
| Other Funds: | | 0.00 |
| Totals: | 9,925.00 | 9,925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,200.00 | 1,200.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 14,951.42 | 6,233.55 |
| 4. | Monterey Financial Services | Secured | 1,139.25 | 566.53 |
| 5. | Chase Home Finance | Secured | 14,638.39 | 1,363.53 |
| 6. | Drive Financial Services | Unsecured | 0.00 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 1,028.22 | 0.00 |
| 8. | Nicor Gas | Unsecured | 240.92 | 0.00 |
| | | | $ 33,198.20 | $ 9,363.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 29.68 |
| 5.4% | 359.30 |
| 6.5% | 172.41 |
| | $ 561.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brothers, Darcel

Printed: 11/11/08

Case Number:  06 B 16370
Judge:  Goldgar, A. Benjamin
Filed:  12/12/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

